[No. 38548-8-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
VERNELL STERLING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05938-6, Charles V. Johnson, J., entered
April 17, 1996. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Cox, JJ.

[No. 38551-8-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRELL
LEE WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-00920-4, Norma Smith Huggins, J.,
entered April 1, 1996. *Dismissed* by unpublished per
curiam opinion.

[No. 38600-0-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SARAH
IRENE MAES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-00824-1, Norma Smith Huggins, J.,
entered April 23, 1996. *Dismissed* by unpublished per
curiam opinion.

[No. 38603-4-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
JONATHON LEE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-00359-1, Norma Smith Huggins, J.,
entered April 10, 1996. *Dismissed* by unpublished per
curiam opinion.